EHLERS LAW CORPORATION
WESLEY C.J. EHLERS  (SBN 181537)
2600 Capitol Avenue, Suite 300
Sacramento, CA  95816-5930
Telephone:  (916) 442-0300
Facsimile:  (916) 650-1039
e-mail:  wes@ehlerslawcorp.com

Attorneys for Plaintiff

VARELA LEE METZ & GUARINO
NICHOLAS A. MERRELL  (SBN 240795)
333 Bush Street, Suite 1500
San Francisco, CA  94104
Telephone (415) 623-7000
Facsimile:  (415) 623-7001
e-mail:  nmerrell@vlmglas.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES f/b/u/o MADISON SERVICES, INC.<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA AND ITSI GILBANE COMPANY (N/K/A GILBANE FEDERAL); DOES 1 – 100, inclusive<br><br>　　　　　　Defendants. | Case No.: 2:16-CV-02684 TLN AC<br><br>**STIPULATION AND ORDER STAYING PROCEEDINGS PENDING ARBITRATION** |

　　　　Plaintiff United States f/b/u/o Madison Services, Inc. (hereafter "Madison") and

Defendants Travelers Casualty and Surety Company of America and ITSI Gilbane

Company (n/k/a Gilbane Federal) (hereafter "Travelers" and "Gilbane", respectively)

hereby stipulate to seeking a stay of these proceedings pending arbitration between

- 1 -
STIPULATION AND ORDER STAYING PROCEEDINGS

Madison and Gilbane, and request this Court being fully advised in the premises finds, as follows:

1. Madison and Gilbane entered into a subcontract in connection with Prime Contract No. N69450-12-D-1273 awarded to Gilbane by the Naval Facilities Engineering Command for, among other things, certain renovation and construction of housing units at Guantanamo Bay (hereafter "Project").

2. Travelers furnished the Miller Act Payment Bond ("bond") on behalf of Gilbane for the Project.

3. Disputes involving payment and performance issues arose between Madison and Gilbane, and the subcontract between them provides for arbitration of such disputes.

4. On or about September 12, 2016, Madison filed its Demand for Arbitration against Gilbane before the American Arbitration Association (hereafter "AAA") seeking to recover amounts Madison alleges are due to it for the Project. The AAA docketed the proceeding initiated by Madison as AAA Case No. 01-16-0003-9412 ("Arbitration Proceeding").

5. On or about October 20, 2016, Gilbane filed its Answering Statement and Counterclaim against Madison in the Arbitration Proceeding.

6. Madison, Gilbane, and Gilbane's surety Travelers have agreed to stay proceedings in this action pending conclusion of the Arbitration Proceeding between Madison and Gilbane before the AAA.

7. Travelers, Gilbane and Madison agree to be bound by the decision rendered in the Arbitration Proceeding with regard to amounts due, if any, to Madison from Gilbane in connection with the Project, however, Travelers reserves all other claims and defenses that Travelers may have in this action, including, but not limited to those arising from the

terms and conditions of the bond furnished by Travelers, which is the subject of the Complaint in this action.

Respectfully submitted,

Dated:  February 8, 2017      EHLERS LAW CORPORATION
WESLEY C.J. EHLERS

By /S/ *WESLEY EHLERS*
_____
Wesley C.J. Ehlers
Attorneys for Plaintiff

Dated:  January 31, 2017      VARELA LEE METZ & GUARINO
NICHOLAS A. MERRELL

By /S/ *NICHOLAS MERRELL*
[as authorized on 1/31/17]
_____
Nicholas A. Merrell
Attorneys for Defendant

## **ORDER**

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that all proceedings in this action are stayed pending conclusion of the Arbitration Proceeding between Madison and Gilbane.

IT IS FURTHER ORDERED that Travelers, Gilbane and Madison shall be bound by the decision rendered in the Arbitration Proceeding with regard to amounts due, if any, to Madison by Gilbane, however reserved for Travelers are all claims and defenses that Travelers may have in this action, including but not limited to those arising from the terms and conditions of the bond furnished by Travelers.

Dated: February 8, 2017

_____
Troy L. Nunley
United States District Judge