EHLERS LAW CORPORATION
WESLEY C.J. EHLERS  (SBN 181537)
2600 Capitol Avenue, Suite 320
Sacramento, CA  95816-5930
Telephone:  (916) 442-0300
Facsimile:  (916) 650-1039
e-mail:  wes@ehlerslawcorp.com

Attorneys for Plaintiff

VARELA LEE METZ & GUARINO
NICHOLAS A. MERRELL  (SBN 240795)
333 Bush Street, Suite 1500
San Francisco, CA  94104
Telephone (415) 623-7000
Facsimile:  (415) 623-7001
e-mail:  nmerrell@vlmglas.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES f/b/u/o MADISON SERVICES, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA AND ITSI GILBANE COMPANY (N/K/A GILBANE FEDERAL); DOES 1 – 100, inclusive<br><br>　　　　　Defendants. | Case No.:  2:16-CV-02684 TLN AC<br><br>**STIPULATION AND ORDER DISMISSING LAWSUIT** |

Plaintiff United States f/b/u/o Madison Services, Inc. (hereafter "Madison") and Defendants Travelers Casualty and Surety Company of America and ITSI Gilbane Company (n/k/a Gilbane Federal) (hereafter "Travelers" and "Gilbane," respectively) hereby stipulate to dismiss this action with prejudice, in its entirety, as Gilbane has satisfied

the judgment entered against it in this matter, which was based on the arbitration award in AAA Case No. 01-16-0003-9412 ("Arbitration Proceeding").

Travelers, Gilbane and Madison agreed to be bound by the decision rendered in the Arbitration Proceeding with regard to amounts due, if any, to Madison from Gilbane in connection with the Project. Accordingly, because Gilbane has satisfied the judgment arising out of the Arbitration Proceeding, the remaining lawsuit against Travelers should be dismissed, all parties to bear their own costs and fees.

Respectfully submitted,

Dated: October 3, 2019

EHLERS LAW CORPORATION
WESLEY C.J. EHLERS

By /S/ *WESLEY EHLERS*
_____
Wesley C.J. Ehlers
Attorneys for Plaintiff

Dated: October 3, 2019

VARELA LEE METZ & GUARINO
NICHOLAS A. MERRELL

By /S/ *NICHOLAS MERRELL*
_____
Nicholas A. Merrell
Attorneys for Defendant

## ORDER

WHEREFORE, PREMISES CONSIDERED, it is hereby ORDERED that this lawsuit is dismissed with prejudice in its entirety, all parties to bear their own costs and fees.

THIS, the 3rd day of October, 2019.

_____
Troy L. Nunley
United States District Judge